IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Bankruptcy Rule 8006, claimant-below/appellant DDB Limited Partnership designates the following items to be included in the record on appeal with respect to the Notice of Appeal of the August 9, 2006 Order, and the supporting Memorandum Opinion, of the United States Bankruptcy Court for the District of Delaware allowing in part DDB Limited Partnership's administrative expense and cure claim:

| Date | Docket No. | Description |
|---|---|---|
| 10/2/03 | N/A | Claim filed by DDB Limited Partnership |
| 10/6/03 | 3938 | Motion of DDB Limited Partnership to Compel Allowance and Payment of Administrative Expense Claim and Cure Claim Under 11 U.S.C. Section 503(b)(A) and 365(b) |
| 9/19/05 | 11714 | PCT's Objection to Administrative Claim Filed by DDB Limited Partnership |
| 10/20/05 | 11936 | Response of DDB Limited Partnership to the PCT's Objection to Administrative Claim Filed by DDB Partnership |
| 1/13/06 | 12473 | Transcript of Hearing before the Honorable Mary F. Walrath |
| 1/13/06 | N/A | DDB Limited Partnership Exhibits 6, 7, 11, 13, 14, 17, 18, 19, and 27 |
| 1/13/06 | N/A | PCT Exhibits 1 and 13 |

| 2/9/06 | 12544 | Post-Hearing Brief of DDB Limited Partnership on the PCT's Objection to Administrative Claim Filed by DDB Limited Partnership (Claim No. 14673) |
| --- | --- | --- |
| 8/9/06 | 13198 | Memorandum Opinion |
| 8/9/06 | 13199 | Order |

## STATEMENT OF ISSUES ON APPEAL

1.  Whether the Bankruptcy Court erred by failing to award DDB Limited Partnership damages for: (1) the cooler weatherstripping in the amount of $2,056.38; (2) the ceiling tiles in the amount of $47,794.00; (3) interior painting in the amount of $39,972.00; (4) cleaning the premises in the amount of $28,902.66; (5) cleaning the floors in the amount of $12,637.50; (6) the tile floor in the amount of $154,900.00; (6) carpeting in the amount of $2,264.00; (7) the decor in the amount of $16,300.00; and (8) lighting in the amount of $25,959.00.

2.  Whether the Bankruptcy Court applied the correct legal standard in deciding the amount of DDB Limited Partnership's claim.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Date: August 31, 2006

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on August 31, 2006 a copy of Appellant's Designation Of Items To Be Included In The Record On Appeal And Statement Of Issues On Appeal was served via hand delivery on the following:

Laura Davis Jones, Esquire
James K. T. Hunter, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Brian E. Farnan (#4089)