IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc., *et al.*, | ) | C.A. No. 06-607 (SLR) |
| _____ | ) | |
| DDB Limited Partnership, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No. 03-10945 (MFW) |
| Post Confirmation Trust, | ) | Bankruptcy Appeal No. 06-53 |
| | ) | |
| Appellee. | ) | |

*************************************************************************

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc., *et al.*, | ) | C.A. No. 06-608 (SLR) |
| _____ | ) | |
| Post Confirmation Trust, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No. 03-10945 (MFW) |
| DDB Limited Partnership, | ) | Bankruptcy Appeal No. 06-53 |
| | ) | |
| Appellee. | ) | |

**NOTICE OF COMPLETION OF MEDIATION**

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the above-captioned appeal. Mediation was held on December 15, 2006, and with continued discussions, the parties reached a settlement. The parties should take all steps necessary and appropriate to consummate and finalize the settlement in this matter.

Dated: February 26, 2007

MEDIATOR

_____
Ian Connor Bifferato (# 3273)
Bifferato Gentilotti & Balick
1308 Delaware Avenue
Wilmington, Delaware 19899

cc:    Brian Farnan, Esq.
       James Hunter, Esq.
       Robert Kors