IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc., et al. | ) | |
| _____ | ) | |
| DDB Limited Partnership, | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 06-607(SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| Post Confirmation Trust, | ) | |
| | ) | Bankruptcy Case No. 03-10945 (MFW) |
| Appellee. | ) | Bankruptcy Appeal No. 06-53 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1), Appellant and Appellee hereby stipulate to dismiss the above action with prejudice, each party bearing its own costs and expenses.

PACHULSKI, STANG, ZEHL, YOUNG,
JONES & WEINTRAUB, LLP

_/s/ Scotta McFarland_
LAURA DAVIS JONES, ESQ. (DE #2436)
SCOTTA E. MCFARLAND, ESQ. (DE #4184)
JAMES K. T. HUNTER, ESQUIRE
919 North Market Street. 17th Floor
P.O. Box 8705
Wilmington, DE 198099-8705
(302) 652-4100

PHILLIPS, GOLDMAN & SPENCE, P.A.

_/s/ Brian E. Farnan_
BRIAN E. FARNAN, ESQ. (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc. et al. | ) | |
| | ) | |
| Debtors. | ) | |
| DDB Limited Partnership, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | C.A. No. 06-607(SLR) |
| v. | ) | |
| | ) | |
| Post Confirmation Trust, | ) | Bankruptcy Case No. 03-10945(MFW) |
| | ) | bankruptcy Appeal No. 06-53 |
| Appellee. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE      )
                                           )ss
COUNTY OF NEW CASTLE )

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 28th day of March 2007, she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

1.   **Stipulation of dismissal with Prejudice.**

_Louise Tuschak_
Louise Tuschak

Sworn to and subscribed before
me this 28th day of March 2007

_Mary Corcoran_
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

DDB Limited Partnership v. Post
Confirmation Trust v
 Service List
Case No. 06-607
Document No. 111672
01 - Hand Delivery

***Via Hand Delivery***
Brian E. Farnan, Esquire.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806